Case No.: 22-56157    page 1

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 0 3 2023

FILED _____
DOCKETED _____
DATE          INITIAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SAMAR AZAWI

Plaintiff-Appellant
v.

DENIS MCDONOUGH, Secretary of Veterans Affairs,

Defendant-Appellee.

APPELLANT'S OPENING BRIEF

Appeal from Judgment

Honorable Michael R Wilner

United States District Court – Central District of California

Case NO: CV 18-744 MRW

## TABLE OF CONTENTS

# Sequence of events

1.  I was hired as radiation oncologist staff Physician by Long Beach VA in July 1985. I had no problems with my supervisor dr Viravathana who retired in 2001 till 2008 with outstanding performance appraisal.

2

**Case No.: 22-56157   10/31/2023**

2.   Became acting chief for the radation oncology department in 2002.

3.   Appointed chief radation oncology department 2007.

4.   07 /23/2008 I as accused of employee (whom I supervise) abuse and was removed

from the radiation oncology chief position for about 3 months

Filed the below EEO

**EEO Complaint # 200P -0600-2008-103342**

**Basis: Reprisal**

**Allegation: Removal from supervisory position due to false accusation of**

**employee abuse.**

**Status: prevailed – 02/10/2010**

5.  Suspicion of **reprisal** from the same Responsible Management
Official(s)

- FY 2010 - Performance Rating:
  From outstanding to satisfactory after prevailing in EEO.

- 2011 subjected to heavy work load, harassment and denial
  of additional staffing request.

- End of 2011 noticed my market part of pay is lower than

  other physicians with no supervisory duties and no
  Case No.: 22-56157   10/31/2023

  longevity, so I requested pay adjustment.

- Pay adjustment denied by the chief of staff after

**Case No.: 22-56157   10/31/2023**

supervisory recommendation to be adjusted.

**6.  Date 04/20/2012**

**EEO Complaint# 200 P- 0600-2012103303**

**Basis: suspected reprisal or**

**Allegation: Equal pay**

**Status: Pending - See Below**

- February, 2012, pay panel denied my pay increase.

- February 2013, Dr. Norman Ge, Chief of staff subjected me to a fact-finding inquiry.

- January, 2014, the pay panel denied my pay increase.

- January, 2014, Norman Ge, asked me to step-down from position as a chief.

**7. Date 05/12 /2014**

**EEO Complaint# 200 P- 0600-2014 102976**

**Basis: suspected reprisal**

**Allegation: Harassment and hostility**

**Status: Pending - See Below**

4

Case No.: 22-56157    10/31/2023

- May 2014 filed EEO against Dr. Steve Lee due to Dr. Steve Lee
bullying and harassment.

- Radiation Oncology ACR accredited process was hampered because
  of Lana Miller (supervisor radiation therapy technology) was calling
  them and reporting false facts regarding the department

.

Dr. Michael Hagan (national radiation oncology Director came accompanied

by UCLA radiation oncology Chief Dr. Michael Steinberg (chief of UCLA

radiation oncology and supervisor of Dr. Steve Lee) wants to take

over VA physics contracts to generate income for UCLA to be run by and

clinic and my research RTOG (I weas the only one in the va southern

California and has more protocols than UCI and UCLA).

- May and August 2014, Norman Ge /Steve Lee took away all my
supervisory responsibilities verbally

- May, 2014, Dr. Steve Lee reduced my performance evaluation from

Case No.: 22-56157    10/31/2023

outstanding to satisfactory

7. In August 2014, Dr Norman Ge subjected me to a fact-finding inquiry

conducted By Dr. David Wong about my complain regarding staff shortage

that revealed staff shortage but the VA refused to share to hide the truth

- December 2014 Dr. Norman Ge (NG), Chief of staff, asked me to

step down form chief because I am ready to retire with promise to increase
my pay if I stepped down.
I had no plans to retire I loved my work and I am performing clinical
research and publishing clinical reports I was at the high light of my career.

- March 6, 2015, SL/NG denied my leave request and charged me with

AWOL first time in my career. I have never abused my leave and I am

honest all the time.

- March 9, 2015, Dr. Steve Lee (SL, immediate supervisor) and NG

denied my leave requests and charged me with AWOL, severe adverse
action.

- May 28, 2015, Dr. Steve Lee issued me a reprimand, first time in my

career very humiliation, another severe adverse action.

## 8. EEO cases filed 200p-0600 2015 104 524

- In September 2015, Dr. Norman Ge subjected me to a fact-finding

inquiry accused with all pretext of attendance me and hostility but I have

no EEO against they tried but did not pass the validity test.
Case No.: 22-56157   10/31/2023

- On October 22, 2015, Dr. Steve Lee lowered my performance

evaluation from outstanding to minimally satisfactory in spite of

300% productivity and no patient or employees' problems because I

was the only full-time staff since dr William's retirement in early 2014,

Steve Lee and Norman Ge refused to hire help removed NP from the

department, refused to refer patient out to avoid delay of care for

cancer veterans, did not approve volunteer physician to help with

work load did not approve contract physician to help out in work load

to increase the pressure on me to fail or leave, all documented in EEO

investigative folder. I took care of all the patients, signed hundreds of

notes, was working remotely on the weekend to finish my notes, waiting

for full time physician to be hired and after they hired dr Inouye (male,

younger than me in his 50) and I trained him Steve lee and Norman ge

fabricated the poor performance and hostile work environment and had their

own army to fabricate with supporting facts, no report of contact regarding

my hostility and no report of contact regarding my absence from the clinic,

no patient complaint, no referring physician, peer review was done by staff

Case No.: 22-56157   Case No.: 22-56157

who lied to get higher position, or promotion or contract or have their

friends hired.

- December 7 2015, I was issued temporary assignment and removed

  from my office (adverse action) and asked to be far away from clinic

  and employees and patients (adverse action) while the administration

  investigating the radiation on oncology department work environment

  and patient care and was asked not to talk to any patients and not to
  finish my notes a same time.
  Inspite that my department was inspected by multiple outside

  review group and no evidence of patient care delay or hostility.

  I only could not finish like may be 5% of the notes regrading patients

  I see but I relay to patients and referring physicians verbally I even

  give my cell phone number to patients.

  **9.EEO Case 200P 0600 2016 8050**

- February 24 2016 clinical privileging and credentials administratively

  denied (adverse action) while investigation for 90 days

- April 2016 Steve Lee took over my research assistant supervisory

position from me.


- Steve Lee took away from me research project for a new

Case No.: 22-56157    10/31/23

pharmaceutical research project (Galera) and submitted the project in his

name for pharma study (Plagiarizing).

My 2016 I was reported by the VA to national Practitioner data bank

unjustly, this was reversed by OMLA in June 2018 (office medical

legal affairs) after three appeals. One of Steve lee and Norman ge to

defame me.

- May 2016 my Vet pro folder was tampered with by adding Steve Lee

and Dr. Cho names as professional references so my performance

   evaluation, one of their schemes to defame me

- May 2016 clinical privileging and credentials administratively denied

While investigating for 90 days

**10. EE0 0200 2016 00-6**

August 2016 Clinical privileging and credentials denied (adverse action).

August 2016 found out I was removed from the national veteran's radiation oncology

Chiefs and physicians list run by Dr. Hagan who was assisting Norman ge and Steve lee in them

fabrication of plan to push me out, and that the administration which had Decided to get rid oof

me.


_ My medical record was accessed by staff that works for the administration and

Case No.: 22-56157     10/31/ 23

Do not work for employee health

_ VA lawyer Briones called prior lawyer rep, Attorney Mr. Ronald Ackerman, 7 / 2016 and

(I have e mail from Susan de masters, EEO Director) and ask to meet with me and ask me

To step down, resign and drop all my EEO charges in lieu of not referring me to

Professional standard board. The professional standard board met per Ge orders without me

and not letting me defend myself and fabricated all kind of reports to have enough lies reported

to fire me.

March 2018 was given proposal to remove.

## 11. EEO 480 0292

April 2018 given removal letter and the va long beach police to parade me and to humiliate

Me, the va police escorted me from the **chief of staff** Office to the parking lot, after Dr. Ge told of the removal Decision,
DR. Ge orders police was called which is usually done only if I was violent or stole

something. (adverse action)

May 2017 requested to retire but VA will not allow me retire only if I dropped all

My EEO cases.

Headquarters of the VA in Washington DC called long beach VA HR and told them to let me

retire and I did not need to drop all my EEO. All documented by emails and it is in the EEO

investigate file that my attorney has Mr. Okorocha but did not elect to submit as evidence with

counselling with me only counselling with the va defense.

Case No.: 22-56157    10/31/2023

12. March 2018 all my EEO was dismissed at the request of my attorney and the claim been

submitted to   the California federal court.

13. Discovery process started in   November 2018 but was delayed because of

Government shutdown.

14. VA long beach sent me a letter of intention to report to medical board of California signed


By Mr. Dannenberg (the director) three times and when I started to initiate another EEO, VA long

Beach stopped and did not report me to medical board for poor patient because there was no such
thing, no harm done to any patients and no delay of care and they cannot support it.




RELEVANT FACTS.

I have had an approximately 30 years in clinical training and practice in

Radiation Oncology. Contrary to the assertions of the Defendant, it makes no sense

for them to claim she was not competent, being that she spent 27 years with the

Defendant. I have complained about short staffing which caused her to have a

Page

11

Case No.: 22-56157   10/31/2023

250 % productivity rating after one full time Doctor leaves. I am a female in a

male dominated medical specialty. I also filed several EEO complaints and

Defendant's managerial employees harassing ensure that

she could not keep with the workload and errors would occur. Giving I had

workload at a level of 300%, it was inevitable that Plaintiff could not possibly keep

up. Defendant's employee managerial agents were forcing Plaintiff to work at a

level of up to 250. %

Plaintiff controverts Defendant's individual claims of poor performance by

Plaintiff. There may have been a review by the panel, but Plaintiff was a "service

chief. Thus, she did not get the salary of a service chief, but rather as of a section

chief.  Dr. Tehranzadeh gave Plaintiff outstanding performance appraisals and he

was Plaintiff's supervisor. Dr. Tehranzadeh requested an increase of Plaintiff's pay,

however, this was part of the Defendant's habit custom retaliating against
Plaintiff

because of Plaintiff filed EEO complaints and prevailed on one, is a female in a

member-dominated world and a whistleblower.  The OIG investigation did not find

any malpractice on the part of Plaintiff.

The OIG report did not find any misconduct, inappropriate care, or hostile

work environment on Plaintiff's part and further suggested that they were shorts
Case No.: 22-56157    10/31/2023

staffed.

The 2013 Tort Claim complainant was incorrect. There was a peer-review by Dr.
Iyer for that incident that found the treatment to be appropriate and patient did not
have any burns, just a skin irritation that completely resolved. Defendant paid the
money for a mistake by the pathology department not the radiation department, and
there was no unnecessary radiation.

The patient was NOT given any unnecessary treatment and did not sustain any
burns. He only had a skin irritation that fully resolved. Any issues related to that
tort claim, were a result of a mistake by the pathology department.

There was no unnecessary treatment, and the standard of care was applied.

Any one-time irregularity in 30 years with Plaintiff's leave was a result of
mistakenly being placing in for annual leave in lieu of sick leave because she was
very overworked and had workload of 300 percent. The Defendant did not provide
enough resources and/or personnel despite repeated requests, and no lack of
patient care occurred.

I suffered retaliation for EEOC and whistleblower complaints, as well as being a
female in a male-dominated medical specialty.  Plaintiff cannot reasonably
controvene statements made by co-workers.

Case No.: 22-56157    10/31/2023

Plaintiff was always on-site, sometimes in meetings or reviewing records but was always available and provided her cellphone number to everyone. Plaintiff had a 300% workload and could not have been able to do so much work and be

4

absent 5 times a week. Dr. Ge also told Plaintiff her work was excellent. Plaintiff would not be able to maintain a 300% workload, and she did

nothing improper involving appointments.

How many notes I have signed on time during that tough year. Defendant refused to produce such data.

The peer review alleged no malpractice. Peer review is supposed to be the reviewing randomly selected patients and see if there was delay in care or any malpractice. Dr. Lee and his staff spent a whole year going through Plaintiff's notes to try and find any errors and all that was found were notes not completely because the Plaintiff was placed on leave.

Any alleged issues of poor performance can only be attributed to the discrimination and retaliation.

Plaintiff received positive reports, evaluations and/or recommendations from Dr. Hintz and Dr. Chamberlain. The notice was only issued to target. Plaintiff based on her gender and her protected EEOC complaints as well as whistleblower

14

Case No.: 22-56157    10/31/2023

Status when I reported patient care problems.

It is absurd that after decades of practice, the Plaintiff was all-of-a-sudden

incompetent. Plaintiff's privileges were denied because Defendant needed more

time to try to develop cause to harm her career.

Plaintiff had a 300% workload, and if anything, errors occurred due to short

staffing. She did not suddenly lose her competence after decades of practice. The

Defendant's actions were again based on gender, whistleblowing and EEOC

5

# No. 22-56157 October 31, 2023

## Summary judgment argument

Judge Wilner decided to believe what defense says and use it for awarding motion to

dismiss rather than asking for evidence

## Factual background

15

Number 4

Case No.: 22-56157    10/31/2023

Line 4

honorable judge Wilner says notably the VA settled a substantial tort claim related to plaintiff

improper treatment of the patient.

I reviewed all the defense submitted documents none of document's showed evidence of VA

settled a substantial tort claim related to plaintiff improper treatment.

Unfortunately, Mr. Okorocha has all evidence that shows that tort claim to NPDB was reversed

And he chose not to submit as evidence I am not allowed to submit any evidence.

In document 99-5

I do not see any evidence of me admitting to improper treatment to a patient.

Where are the evidence that support that major claim and defame my character and destroy my
profession.

This procedure of the VA taking the institution disclosure and payment for 60 000 dollars and

blame me for it and send a report to NPDB this is severe retaliatory action that hurt me

severely.

Document 115

Page 3 of 6

Number 11 and 12

Case No.: 22-56157    10/31/2023

I am a female over 40 years and I had 3 EEO and I am not a member of protected class?

my performance always been fully satisfactory or outstanding

see evidence attached that has been in summary judgement motion to dismiss.

15. I was replaced by Dr. Lee and Dr. Inouye who both are male and younger than me.

16. very humiliation remarks slapping me with malpractice, erratic job performance

And attendance problems.

Response for that?

Where are the proof other than here say?

Where are the report of contact that the employee writes when I leave the department

frequently, where is the documented verbal and written counselling regarding my erratic job

performance or attendance problems.

Have Judge Wilner reviewed my workload submitted by defense? how can be a doctor care for

this large number of patients and have attendance problems.

7

Where are patients and referring physician complaint regarding my attendance and my erratic

Job performance.

The VA asked to drop all my EEO or they refer me to professional standard board.

17

Case No.: 22-56157    10/31/2023

20.

I had EEO in 2012, 2014, 2015 why those not considered as a retaliation cause.

Have you ever heard of someone performing at 300%. That is abuse yes physical mental abuse

That is offensive conduct and also it could have endangered patients' lives

The VA's Claims of Poor Performance Were Repeatedly Disputed and Unsupported by Contemporaneous Documents.

Dr. Azawi Demonstrated a Prima Facie Case of Retaliation.

Dr. Azawi Engaged in Protected Activity.

The VA Subjected Dr. Azawi to Multiple Adverse Actions.

Multiple employees filed EEO complaints against Ge and Lee, including for

retaliation both expressed hostility toward employees who filed EEO complaints.

Case No. 22- 56157 October 31, 2023

**EEO**

Evidence that supports that I have other EEO claims other than 2008.

Ms. Medrano claims to imply that I filed this suite due to 2008 EEO.

Case No.: 22-56157    10/31/2023

**Document 99**

**Page 9 of 20**

**Line 3**

July 2012 My second EEO.  This the EEO that led to retaliation and discrimination.

**Line 25**

**third EEO**

Both were not dismissed and both were investigated and both had large investigative files that Mr. Okorocha (my attorney for central district court) had but failed to submit all the supporting evidences in those files for mysterious reasons.

In my first EEO I prevailed and was determined by the Judge that I was discriminated due to gender and national origin.

My first EEO is stated in my deposition and was not refuted by defendant.

**Page 10 of 20.**

Line 10

4TH EEO investigated and not dismissed due to lack of evidence with large investigative folder that Mr. Okorocha had too.

Case No. 22- 56157

**Hostile behavior of Dr. Lee and retaliatory practices**

Document 99-4

Case No.: 22-56157    10/31/2023

Page 9 of 24

Line 1 through 25

dr. lee has a discrimination and retaliation case against him in central district court right now.

**Incomplete document presentation that misses important facts**

Document 99-4

at the bottom of the page 9 there is another page number that jumped to 7 and the prior

is five so page 6 is missing that might have important facts.

Page 10 of 24

The number at the bottom page jump to 10 and prior is 7 so page 8 and 9 missing

Might have important facts in them that the defendant elected to remove.

Page 16 of 24

Page Number at the bottom of page jump from 19 in prior page to 24 so pages 20,21,22 and 23

Missing.

Page 21 of 24

Lower page number jump from 24 in prior page to 29 so pages 25,26,27 and 28 missing.

Page 22 of 24

Lower page number jump to 146 from number 29 in prior page.

20

Case No.: 22-56157    10/31/2023

document 111-4

page 2 of 10

Line 3

Dr. Lee is male who is younger than me who replaced me and took my research.
P
age 2 of 10.

Line 7

Dr. Lee joined the VA in 2014 till 2022 so he was present during my third and Fourth EEO which

Page 7 of 10

Line 21

Dr. Williams left radiation oncology department which leaves me as the only full-time radiation for one year and half till they dr. Lee hired Asian dr Inouye who is male and younger than me was against him.

Page 8 of 10

Line 5 and 6

Dr. Hintz contract radation oncology physician comes and help in the clinic only when dr lee approves and dr lee deny him helping in clinic frequent to overwhelm me and set me up to fail

Page 9 of 10

Line 25 and 26
Dr. Cho-Lim you see her name in work load date who is part time too.
Case No.: 22-56157    10/31/2023

2 1

**Exceptional Performance documentation**

Document 99 -3

Page 16 of 79

Compensation panel action document 9/27/2007

Part B

Point one through 6 shows my superb performance

Performing research

 training the radation oncology UCI residents with no problem to be mentioned.

Participating in committees

Page 17 of 79

All the above was agreed upon and not challenge my performance and signed on by panel

members, Chef staff and medical center director which refute here say statements regarding me

performance and lack of compassion.

Page 18 0f 79

Compensation panel action 11/18/2009

Part B

Point 5

Highlights and document my outstanding performance.

Page 19   of 79

Agreed upon performance and signed by panel members, chief of staff and director

Case No.: 22-56157    10/31/2023

**Performance documentation**

Document 99 -3

Page 20 of 79

Justification of tier and market pay recommendations

Point 1 and 2 details my dedication to serving the veteran and outstanding performance

page 24 of 79

Compensation panel action 11/21/2011

Part B

Point 1 though 7 confirms my outstanding and dedication


Page 25 of 70

Agreed upon performance and signed by panel members, chief of staff and director


Page 64 0f 79

Point 4 employee past work record

Showed

10/12012-9/30/2013 outstanding

10/2/2013-9/30/2014 fully successful

10/1/2015 fully successful

10/1/2014 -9/30/2015 minimally successful preparing for retaliation and removal.

23

Case No.: 22-56157    10/31/2023


Document 99-3

Page 37 of 79

Paragraph 4

Point 2 shows EEO claim against Dr. Ge and Dr.  Lee.


Page 38 of 79

Point 3

shows EEO claim against Dr. Ge, Dr. Wong and Dr.  Lee.

Not refuted by defense.


Case No.: 22-56157    10/31/2023


Defense removing pages from deposition

Document 113-2

Deposition report missing pages 6 to 75 might have important facts vital to the claims.

Deposition report missing page 81 to 151 might have important facts vital to the claims.


Document 111

Linde 16 and 17 defense claiming I am claiming 2008 EEO as a causation for retaliation

Forgetting that I have 2012 EEO.

What is she reporting another false accusation because I never claimed that.

Transcript of hearing that I was not invited to by My attorney Mr. Okorocha,

Page 22

Line 22,23,24 and 25
Ms. Medrano claiming that I the only EEO I am using for the retaliation is 2008 per my deposition

report.

No such claim by me in my deposition report.

Case No. 22- 56157     10/31/2023

## Work load data that cannot proof and support allegation of my poor patient care and attendance Absence problems.

Document 99-3

Page 46, 47, 48 and 49 of 79

Work load for year with two rad onc MD in 2013 and with one Rad Onc. MD is same in 2014.

Work load data showed my hard work and carrying more work when I was alone and dr Hintz

contract and dr cho part time.

How could a person carry that load of work and be absent most of the time.

Case No.: 22-56157    10/31/2023

Page 64 0f 79

Point 4 employee past work record

Showed

25

10/12012-9/30/2013 outstanding

10/2/2013-9/30/2014 fully successful

10/1/2015 fully successful

10/1/2014 -9/30/2015 minimally successful preparing for retaliation and removal.

With all above supporting documentation and proof of VA removing

Pages from depositions and claiming use the 2008 EEO as a causation for

retaliation is all pre text and fabrication to retaliate against me.

I am asking the court to reverse the summary judgment because I proved that have genuine triable adverse actions

Because summary judgment order should be reversed, the cost award must also be reversed

THE AWARD OF COSTS TO THE VA SHOULD BE REVERSED.

Following grant of summary judgment, the VA sought $5.000 in costs

Case No.: 22-56157    10/31/2023

Against Dr. Azawi all for deposition costs.

26

CONCLUSION

For the foregoing reasons, this Court should reverse the District Court's
ruling granting summary judgment and the subsequent cost award and remand this
case for further proceedings.

27/47

# Supporting Documents

2-8

**Department of Veterans Affairs**

## COMPENSATION PANEL ACTION

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| Samar Azawi, M.D. | | 9/27/2007 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| D&MM Health Care Group | Staff Physician | Tier 2 | $247,091 ($125,091 Base, $122,000 Market) |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ☒ | Biannual Review ☑ | Other *(explain below)* ☐ |
|---|---|---|

(1) Supervisor recommended of ~~has a~~ market pay of $160 + 125,091 =
total $282,000. Below ceiling & within range of median for the nation
She has 22 years experience.

| SUPERVISOR'S APPROVAL *(Print name below)* | SIGNATURE | DATE |
|---|---|---|
| Sandor Szabo, M.D, Ph.D,  D & MM HCG | | |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL.

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment;(2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6)prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

(1) Level of experience in a specialty or assignment (DSS Mapping):

22 year clinical experience

(2) Need for the specialty/assignment at the facility (Recruitment – Retention issues):

Chief radiation therapy

(3) Health care labor market for the specialty/assignment (AAMC Western Region, Sullivan & Cotter, HHCS, etc):

difficult to hire

(4) Board certifications:

American board of radiology.

(5) Accomplishments in the specialty or assignment:

Research
Academic Affiliation  UCI .
Advanced Degrees
Committee/Councils
Other

(6) Prior VHA experience:

(7) Other considerations/comment (contract/fee basis costs, unique circumstances, qualifications, credentials, etc.):

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2

**VA 00260**

**EXHIBIT K**

103

## PANEL FINDINGS - Continued

Base:   125,091.
       40,000
       100
       $ 285,091

       266,090

       128,215
       134,885
       265,091

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | | TIER | PAY RANGE OR RATE |
|---|---|---|---|
| RADIATION ONCOLOGY/Pay Table 4 | | TIER 2 | $125,000 - $285,000 |
| LOCATION OF PANEL   ☒ VACO   ☐ VISN | | ☒ VAMC | |

### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on attached sheet.)

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Robin Onishi | | 9/27/07 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Larry Albert | | 9/27/07 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| R. GASTER | R. Doster | 9-27-07 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| Patricia Pierre-Louis, MPA, CHE | | 9/27/07 |

### PART C - ACTION BY APPROVING OFFICIAL

ANNUAL RATE OF PAY (Base Pay + Market Pay)

COMMENTS

Approved pay # 265,000

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Ronald Norby, Director | | 3/24/08 |

VA FORM
DEC 2005 10-0432A

Page 2 of 2

Azawi -Agency Discovery Responses
Page 198 of 244

**VA 00261**

EXHIBIT K

104

30

**VA** Department of Veterans Affairs | **COMPENSATION PANEL ACTION**

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| Samar Azawi, M.D. | 2159 | 9/27/2007 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| D&MM Health Care Group | Staff Physician | Tier 2 | $247,091 ($125,091 Base, $122,000 Market) |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ☒ | Biannual Review ☑ | Other *(explain below)* ☐ |
|---|---|---|

① Supervisor recommendation of ~~from~~ ~~b~~ market pay of $160 + 125,091 = total $282,000. Below ceiling & within range of median for the nation. She has 22 years experience.

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Sandor Szabo, M.D, Ph.D, D & MM HCG | | |

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost-of-living allowance.*

(1) Level of experience in a specialty or assignment (DSS Mapping):
22 year clinical experience

(2) Need for the specialty/assignment at the facility (Recruitment - Retention issues):
chief radiation therapy.

(3) Health care labor market for the specialty/assignment (AAMC Western Region, Sullivan & Cotter, HHCS, etc):
difficult to hire

(4) Board certifications:
american board of radiology.

(5) Accomplishments in the specialty or assignment:

    Research
    Academic Affiliation ucI.
    Advanced Degrees
    Committee/Councils
    Other

(6) Prior VHA experience:

(7) Other considerations/comment (contract/fee basis costs, unique circumstances, qualifications, credentials, etc.):

VA FORM
DEC 2005 **10-0432A**

Page 1 of 2

This is an 'official' document generated from the eOPF system.

**VA 09454**

**EXHIBIT K**

105

3 / 31

| PANEL FINDINGS - Continued |
|---|

Base: 125,091
140,000
166

$ 285,091
266,090

128,215
136,885
265,091

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | | TIER | PAY RANGE OR RATE |
|---|---|---|---|
| RADIATION ONCOLOGY/Pay Table 4 | | TIER 2 | $125,000 - $285,000 |
| LOCATION OF PANEL | ☒ VACO ☐ VISN | ☒ VAMC | |

### SIGNATURE OF PANEL MEMBERS (Additional signatures may be provided on an attached sheet.)

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Robin Onishi | | 9/27/07 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Larry Albert | | 9/27/07 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| R. GASTER | R. Gaster | 9-27-07 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| Patricia Pierre-Louis, MPA, CHE | | 9/27/07 |

### PART C - ACTION BY APPROVING OFFICIAL

ANNUAL RATE OF PAY (Base Pay + Market Pay)

COMMENTS

Approved pay $ 265,000

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Ronald Norby, Director | | 3/24/08 |

VA FORM
DEC 2005 10-0432A

Page 2 of 2

This is an 'official' document generated from the eOPF system.

VA 09455

**EXHIBIT K**

106

32-31

Mar. 22. 2013  2:05PM   VA HOSPITAL                                     No. 1465   P. 2

| **Department of Veterans Affairs** | **COMPENSATION PANEL ACTION** | | |
|---|---|---|---|
| NAME<br>AZAWI, SAMAR H | SOCIAL SECURITY NO. | | DATE |
| SERVICE/LOCATION<br>DIAGNOSTICS | ASSIGNMENT<br>RADIATION ONCOLOGY | CURRENT TIER<br>Table P004  Tier 2 | ANNUAL SALARY<br>$ 271940<br>(135155 + 136786)<br>Retention $ 0 |

**PART A - REASON FOR COMPENSATION PANEL REVIEW**

Initial Pay Determination ☐          Biannual Review ☒          Other *(explain below)* ☐

| SUPERVISOR'S APPROVAL *(Print name below)*<br>Sandor Szabo, MD | SIGNATURE | DATE<br>11/18/ |
|---|---|---|

**PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL**

**PART B - PANEL FINDINGS**

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of -living allowance.*

(1) Level of experience in a specialty or assignment (DSS Mapping):

(2) Need for the specialty/assignment at the facility (Recruitment - Retention Issues):

(3) Health care labor market for the specialty/assignment (AAMC Western Region, Sullivan & Cotter, HHCS, etc):

(4) Board certifications:

(5) Accomplishments in the specialty or assignment:

    Research
    Academic Affiliation
    Advanced Degrees
    Committee/Councils
    Other

(6) Prior VHA experience:

(7) Other considerations/comment (contract/fee basis costs, unique circumstances, qualifications, credentials, etc.):

VA FORM
DEC 2005 **10-0432A**                                                            Page 1 of 2

Azawi -Agency Discovery Responses
Page 199 of 244

**EXHIBIT L**

**VA 00262**

**107**

Mar. 22. 2013  2:05PM   VA HOSPITAL                                   No. 1465   P. 3

| PANEL FINDINGS - Continued | | |
|---|---|---|
| | | |

| COMPENSATION PANEL RECOMMENDATION | | |
|---|---|---|
| ASSIGNMENT/ PAY TABLE | TIER | PAY RANGE OR RATE |
| | | |

**LOCATION OF PANEL**  ☐ VACO   ☐ VISN   ☒ VAMC  Long Beach, CA

**SIGNATURE OF PANEL MEMBERS** *(Additional signatures may be provided on an attached sheet.)*

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Larry Albee | | 11/18/09 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| David Wong | DWong | 11/18/09 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Robin Onish | | 11/18/09 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| | | |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| Derek Norman | DC Norman | 11/18/09 |

| PART C - ACTION BY APPROVING OFFICIAL | | |
|---|---|---|

**ANNUAL RATE OF PAY** *(Base Pay + Market Pay)*

COMMENTS

No Change.

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Isabel Duff, MS, Director | | 8/18/10 |

VA FORM
DEC 2005 10-0432A                                                        Page 2 of 2

VA 00263

EXHIBIT L

108

3

 **Department of Veterans Affairs** | **SUPERVISORY RECOMMENDATION**

| | | |
|---|---|---|
| NAME | HCC/SERVICE | STATION |
| AZAWI, SAMAR, M.D. | RADIATION THERAPY | 600 |
| ASSIGNMENT/SPECIALTY/SUBSPECIALTY | | PAY HOURS |
| RADIATION ONCOLOGIST | | |

**REASON FOR COMPENSATION PANEL REVIEW**

☐ Initial Pay Determination    ☒ Biannual Review    ☐ Other *(explain below)*

## To make her pay equitable with market pay. She is the Chief of Radiation Therapy.

**PERECENTAGE OF TIME SPENT PERFORMING DUTIES IN THE CATEGORIES (TOTAL MUST EQUAL TO 100%)**

| CLINICAL SPECIALTY | ADMINISTRATIVE | EDUCATION/AFFILIATION | RESEARCH |
|---|---|---|---|
| 70% | 10% | 10% | 10% |

**TIER ASSIGNMENT RECOMMENDATIONS**

☐ TIER 1 – STAFF

☒ TIER 2 – FACILITY-LEVEL CLINICAL EXPERT/PROGRAM MGR/SUPERVISORY RESPONSIBILITIES WITHIN SPECIALTIES

☐ TIER 3 – SERVICE CHIEF, SERVICE LINE MANAGERS, OR OTHER ASSIGNMENTS WHOSE SCOPE AND COMPLEXITY IS DETERMINED TO EXCEED THE DEFINITION OF TIER 2

☐ TIER 4 – NETWORK-LEVEL PROGRAM MANAGER/NETWORK-LEVEL SUPERVISORY RESPONSIBILITIES WITHIN SPECIALTY

| **MARKET PAY RECOMMENDATIONS** | **$285K** |
|---|---|

**JUSTIFICATION OF TIER & MARKET PAY RECOMMENDATIONS**

(1) Level of experience in a specialty or assignment (DSS Mapping):

*Dr. Azawi has been at the VA for 26 years working in Radiation Therapy and has been Service Chief for 8+ years.*

(2) Need for the specialty/assignment at the facility (Recruitment - Retention issues):

*As Service Chief Dr. Azawi oversees all administrative and clinical staff. She has been very involved in implementing new technologies at the service such as RapidArc® which decreases significantly decreases treatment times for patients, Stereotactic Body Radiation Therapy (SBRT) and Stereosurgery Radio Surgery (SRS) which will provide high quality care to Veterans. No other available, qualified personnel is available at VALBHS to assist with Chief responsibilities.*

(3) Health care labor market for the specialty/assignment (AAMC Western Region, Sullivan & Cotter, HHCS, etc):

*VALBHS is to be one of two facilities in VISN 22 to provide Radiation Therapy services, thus we are preparing to accommodate more patients from other facilities in Southern California and are improving our technology to provide the best care in our field today.*

VA 00312

**EXHIBIT M**

109

35

(4) Board certifications: *Diploma of American Board of Radiology*

(5) Accomplishments in the specialty or assignment:

*Research – Dr. Azawi is the Principal Investigator of the Radiation Therapy Oncology Group (RTOG), a national clinical cooperative group funded by the National Cancer Institute since 1991 and is enrolled in 12 and active NCI protocols IRB-approved cancer research studies and one pharmaceutical trial. The trials generate income for a SCIRE research assistant.*
*Academic Affiliation – regularly supervises and monitors residents from UCI.*
*Advanced Degrees – M.D.*
*Committee/Councils – Participates in weekly Tumor board, Hematology/Oncology Conference, Chest conference and GU conference, Radiation Oncology Resident Education Committee, SRS research committee, Diploma of American Board of Radiology, National Society Workforce Committee,*

(6) Prior VHA experience:

*26+ years experience at VA*

(7) Other considerations/comment (contract/fee basis costs, unique circumstances, qualifications, credentials, etc.):

*Radiation Therapy Service structuring in VISN 22 is shifting because of the current consolidation process and we anticipate the case load within the next year to dramatically increase, which will ultimately require more personnel, oversight and responsibility for Dr. Azawi.*

| SUPERVISORS NAME & TITLE | | DATE |
|---|---|---|
| Jamshid Tehranzadeh, Chief of Radiology | *J. Tehranzadeh* | NOV 28-11 |

VA 00313

**EXHIBIT M**

110

3-6

## PANEL FINDINGS (continued)

Duties and qualifications have remained the same since last pay review and we recommend current salary to be continued.

## COMPENSATION PANEL RECOMMENDATION

| ASSIGNMENT/ PAY TABLE | | TIER | PAY RANGE OR RATE |
|---|---|---|---|
| Radiology/Table 4 | | 2 | $125,000 - $305,000 |

**LOCATION OF PANEL**   ☐ VACO  ☐ VISN  ☐ VAMC

### SIGNATURE OF PANEL MEMBERS

| CHAIRPERSON (Print name below) | SIGNATURE | DATE |
|---|---|---|
| L. Albers | | 12/22/1 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| D. Wong | AWong | 12-22-11 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| R. Hearon | Hearon | 12/22/11 |
| MEMBER (Print name below) | SIGNATURE | DATE |
| Robin Crush | Robin | 12/27/11 |
| HR TECHNICAL ADVISOR (Print name below) | SIGNATURE | DATE |
| J. Patricia Padilla, HR Specialist | Patricia Padilla | 12/22/11 |

### ACTION BY APPROVING OFFICIAL

| ANNUAL RATE OF PAY (Base Pay + Market Pay) | $140,458 + $136,785 = $277,243 |
|---|---|

**COMMENTS**

| APPROVAL (Print name and title) | SIGNATURE | DATE |
|---|---|---|
| Ms. Isabel Duff, Director | Isabel Duff | 1/9/12 |

VA FORM
DEC 2005 10-0432A

Page 2 of 2

**VA 00315**

**EXHIBIT N**

112



## COMPENSATION PANEL ACTION

**Department of Veterans Affairs**

| NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|
| Samar Azawi, M.D. | | 11/21/11 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| Radiation Oncology | Staff Physician | Tier 2 | $277,243 (140,458+136,785) |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

Initial Pay Determination ☐　　　Biannual Review ☒　　　Other (explain below) ☐

| SUPERVISOR'S APPROVAL (Print name below) | SIGNATURE | DATE |
|---|---|---|
| Jamshid Tehranzadeh, M.D. | J. Tehranzadeh | Nov 28-11 |

### PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6) prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of-living allowance.*

(1) Level of experience in a specialty or assignment (DSS Mapping):

*Dr. Azawi has been at the VA for 26 years working in Radiation Therapy and has been Service Chief for 8+ years.*

(2) Need for the specialty/assignment at the facility (Recruitment - Retention issues):

*As Service Chief, Dr. Azawi oversees all administrative and clinical staff. She has been very involved in implementing new technologies at the service such as RapidArc® which decreases significantly decreases treatment times for patients, Stereotactic Body Radiation Therapy (SBRT) and Stereosurgery Radio Surgery (SRS) which will provide high quality care to Veterans. No other available, qualified personnel is available at VALBHS to assist with Chief responsibilities.*

(3) Health care labor market for the specialty/assignment (AAMC Western Region, Sullivan & Cotter, HHCS, etc):

*VALBHS is to be one of two facilities in VISN 22 to provide Radiation Therapy services, thus we are preparing to accommodate more patients from other facilities in Southern California and are improving our technology to provide the best care in our field today.*

(4) Board certifications: *Diplomat of American Board of Radiology*

(5) Accomplishments in the specialty or assignment:

*Research – Dr. Azawi is the Principal Investigator of the Radiation Therapy Oncology Group (RTOG), a national clinical cooperative group funded by the National Cancer Institute since 1991 and is enrolled in 12 and active NCI protocols IRB-approved cancer research studies and one pharmaceutical trial. The trials generate income for a SCIRB research assistant. Academic Affiliation – regularly supervises and monitors residents from UCI. Advanced Degrees – M.D. Committee/Councils – Participates in weekly Tumor board, Hematology/Oncology Conference, Chest conference and GU conference, Radiation Oncology Resident Education Committee, SRS research committee, Diplomat of American Board of Radiology, National Society Workforce Committee.*

(6) Prior VHA experience:
*26+ years experience at VA*

(7) Other considerations/comment (contract/fee basis costs, unique circumstances, qualifications, credentials, etc.):

*Radiation Therapy Service structuring in VISN 22 is shifting because of the current consolidation process and we anticipate the case load within the next year to dramatically increase, which will ultimately require more personnel, oversight and responsibility for Dr. Azawi.*

VA FORM
DEC 2005 10-0432A

Page 1 of 2

VA 00314

**EXHIBIT N**

111



2159
2159

## Department of Veterans Affairs

### COMPENSATION PANEL ACTION

| NAME | | SOCIAL SECURITY NO. | DATE |
|---|---|---|---|
| Samar Azawi, M.D. | | | 11/21/11 |

| SERVICE/LOCATION | ASSIGNMENT | CURRENT TIER | ANNUAL SALARY |
|---|---|---|---|
| Radiation Oncology | Staff Physician | Tier 2 | $277,243 (140,458+136,785) |

### PART A - REASON FOR COMPENSATION PANEL REVIEW

| Initial Pay Determination ☐ | Biannual Review ☒ | Other *(explain below)* ☐ |
|---|---|---|

| SUPERVISOR'S APPROVAL *(Print name below)* | SIGNATURE | DATE |
|---|---|---|
| Jamshid Tehranzadeh, M.D. | J. Tehranzadeh | Nov 28-11 |

PARTS B AND C TO BE COMPLETED BY COMPENSATION PANEL AND APPROVING OFFICIAL

### PART B - PANEL FINDINGS

*Consideration of the Panel shall take into account the (1) level of experience in a specialty or assignment; (2) need for the specialty/assignment at the facility; (3) health care labor market for the specialty/assignment; (4) board certifications; (5) accomplishments in the specialty or assignment; (6)prior VHA experience; (7) other considerations/comments; and (8) non-foreign cost -of-living allowance.*

(1) Level of experience in a specialty or assignment (DSS Mapping):

*Dr. Azawi has been at the VA for 26 years working in Radiation Therapy and has been Service Chief for 8+ years.*

(2) Need for the specialty/assignment at the facility (Recruitment - Retention issues):

*As Service Chief, Dr. Azawi oversees all administrative and clinical staff. She has been very involved in implementing new technologies at the service such as RapidArc® which decreases significantly decrease treatment times for patients, Stereotactic Body Radiation Therapy (SBRT) and Stereotactic Radio Surgery (SRS) which will provide high quality care to Veterans. No other available, qualified personnel is available at VALBHS to assist with Chief responsibilities.*

(3) Health care labor market for the specialty/assignment (AAMC Western Region, Sullivan & Cotter, HHCS, etc):

*VALBHS is to be one of two facilities in VISN 22 to provide Radiation Therapy services, thus we are preparing to accommodate more patients from other facilities in Southern California and are improving our technology to provide the best care in our field today.*

(4) Board certifications: *Diplomat of American Board of Radiology*

(5) Accomplishments in the specialty or assignment:

*Research – Dr. Azawi is the Principal Investigator of the Radiation Therapy Oncology Group (RTOG), a national clinical cooperative group funded by the National Cancer Institute since 1991 and is enrolled in 12 and active NCI protocols IRB-approved cancer research studies and one pharmaceutical trial. The trials generate income for a SCIRE research assistant.*
*Academic Affiliation – regularly supervises and monitors residents from UCI.*
*Advanced Degrees – M.D.*
*Committee/Councils – Participates in weekly Tumor board, Hematology/Oncology Conference, Chest conference and GU conference, Radiation Oncology Resident Education Committee, SRS research committee, Diplomat of American Board of Radiology, National Society Workforce Committee.*

(6) Prior VHA experience:

*26+ years experience at VA*

(7) Other considerations/comment (contract/fee basis costs, unique circumstances, qualifications, credentials, etc.):

*Radiation Therapy Service structuring in VISN 22 is shifting because of the current consolidation process and we anticipate the care load to increase the next year to dramatically increase, which will ultimately require more personnel, oversight and responsibility for Dr. Azawi.*

VA FORM
DEC 2005

of 2

This is an 'official' document generated from the eOPF system.

**VA 09414**

**EXHIBIT N**

46

| 4. EMPLOYEE'S PAST WORK RECORD | Check the box that applies to this factor | | | |
|---|---|---|---|---|
| | Aggravating | Neutral | Mitigating | N/A |

**Lengthy service, generally over 8 years, can only be a mitigating, not an aggravating factor.** But lengthy service may mean employee should have known better.

- EE's length of service with current organization? Approximately 32 years at VA Long Beach Healthcare System.

- EE's length of service with fed. gov't (including military service)? Same.

- Ratings of last three performance appraisals?
   Last rating of record
   - 10/1/2015 to 9/30/2016 Fully Successful
   Year prior rating of record
   - 10/1/2014 to 9/30/2015 Minimally Satisfactory
   Two years prior rating of record
   - 10/1/2013 to 9/30/2014 Fully Successful
   - 10/1/2012 to 9/30/2013 Outstanding
- Is performance currently acceptable?
   Yes____ No_X____
   (If no, need to provide documentation of counseling)

Explanation:

Write any further explanation here:

*concerning, but still minimally satisfactory*

| 5. EFFECT OF THE OFFENSE ON THE EMPLOYEE'S ABILITY TO PERFORM HIS/HER JOB AND EFFECT ON SUPERVISOR'S CONFIDENCE IN THE EMPLOYEE | Check the box that applies to this factor | | | |
|---|---|---|---|---|
| | Aggravating | Neutral | Mitigating | N/A |
| | ✓ | | | |

Did offense affect:

- EE's ability to do his/her job? Yes_X____ No_____

- Your confidence or trust in EE's ability to do job? Yes__X___ No_____
   If yes, did employee remain in position or assigned important tasks for lengthy period after misconduct known?
   Yes_____ No__X____

- Your confidence in EE's ability to uphold org. mission? Yes_X___ No_____
   e.g., mission is to secure the front gate; misconduct was

Write any further explanation here:

Dr. Azawi has failed to demonstrate generally-accepted standards of clinical practice and professional competence. The offenses for which Dr. Azawi is charged raises management's concern regarding her ability to effectively carry out her responsibilities in accordance with professional standards of care.

Dr. Azawi was temporarily reassigned to perform non-patient care duties due to allegations of substandard patient care and professional incompetence. Her clinical privileges were administratively denied pending the results of

Deciding Official Review (initial): _____
Releasable to Employee

Last Revised August 2016

3

**EXHIBIT W**

**VA 05459**

153

39

Deposition Of Samar Azawi, M.D.

1    A    Not at this time.

2    Q    Okay.  Do you anticipate having an attorney

3  join in the case?

4    A    Maybe, yeah.  Possibly.

5    Q    Okay.  Is there anyone that you've hired at

6  this point?

7    A    Not yet.  I'm just talking to people.

8    Q    Okay.  Have you ever had your deposition taken

9  before?

10    A    You know when they do the EEO and they talk to

11  you?  Is that the deposition?

12    Q    No.  It's a little bit different.  A deposition

13  usually has a court reporter, like our court reporter

14  here today, taking down all of your testimony.

15    A    Oh, yeah.

16    Q    Have you gone through that process before?

17    A    Maybe -- maybe once.  I don't -- I think it

18  would be if they had like -- what do they call it?  AIB

19  or investigation, something like that?

20    Q    I don't know.  But --

21    A    Yeah.  Yeah.  Investigation, I think one time

22  they had a court -- maybe.  I don't remember very well,

23  but maybe.

24    Q    Okay.  So first of all, let me show you the

25  corrected notice of taking deposition.  This is for your

5

Deposition Of Samar Azawi, M.D.

| | | |
|---|---|---|
| 1 | A | Uh-huh. Deposition Of Samar Azawi, M.D. |
| 2 | Q | Does your spouse or your -- how many children |
| 3 | do you have? | |
| 4 | A | I -- can I not share?  Is it not relevant? |
| 5 | Q | Let me ask it this way.  Do any of them work |
| 6 | for the VA? | |
| 7 | A | No.  There is like -- how do I say |
| 8 | it? -- resident rotating through the VA, medical -- a | |
| 9 | physician rotating through the VA, could be on and off | |
| 10 | during his residency.  Another did rotate through | |
| 11 | residency in the VA.  I don't know if that's | |
| 12 | considered -- | |
| 13 | Q | Okay.  So was that one of the children? |
| 14 | A | Uh-huh.  Three of them they did rotate in the |
| 15 | VA I think -- I believe. | |
| 16 | Q | Okay.  Is anyone currently working at the VA? |
| 17 | A | Not working.  Like I said, he's in residency |
| 18 | and they do rotate during residency between UCLA and VA | |
| 19 | Wadsworth and whatever. | |
| 20 | Q | Okay.  Do you recall how many EEO complaints |
| 21 | you've filed against the VA? | |
| 22 | A | Do I recall?  I try not to remember, but I |
| 23 | think it's about four.  Could be four or five. | |
| 24 | Q | Do you remember the first one? |
| 25 | A | You know -- I could be right, I could be wrong. |

Deposition Of Samar Azawi, M.D.

```
 1   Like I said, I didn't remember anything, and I try not to

 2   think about it a lot because it -- anyway, it bothers me

 3   a lot.

 4       Q     Okay.  Well, the first one that I'm aware of

 5   was in 2008 you filed against the VA.

 6       A     That's the one when I said when they -- yeah,

 7   that's true.

 8       Q     Okay.  Do you remember what that was about?

 9       A     Yeah.  About they removed me.  I mentioned

10   about Dr. Szabo.  He was chief of staff, and I was

11   accused of abusing an employee and then was removed from

12   the chief.  But I continued to work, you know, to see

13   patients and do whatever like just removed from being a

14   chief.

15             But I stayed in my office and was under

16   investigation, and I think it went to -- what do they

17   call it?  I had administrative judge and like they didn't

18   find me --

19       Q     I'm sorry?

20       A     I prevailed or whatever they call it.

21       Q     Okay.  And what was the result of you

22   prevailing?  What happened?

23       A     They put -- I believe -- I don't remember very

24   well, but I believe I was put back in my position before

25   the administrative judge decided that I did not do
```

43

Deposition Of Samar Azawi, M.D.

```
 1   anything wrong and Deposition discriminated against or
 2   harassed.
 3        Q     So you think the VA took that action to put you
 4   back in your position even before the administrative
 5   judge told them to?
 6        A     Yes.
 7        Q     And did you receive any back pay or
 8   compensation?
 9        A     I believe I received compensation, and I
10   believe like -- back pay?  I mean, it's like they did not
11   cut my salary or anything.
12        Q     Okay.
13        A     But I received, I think, the pay from whatever,
14   and I received also I think like leaves that I took
15   because -- sick leaves or whatever they gave me.  If I
16   remember well, that's -- that's what happened.
17        Q     Do you remember what the claims were in that
18   complaint?
19        A     Claims of the -- against me?
20        Q     What you claimed against the agency.  What did
21   you claim -- why did you claim the VA was discriminating
22   against you?  What was that based on?
23        A     I don't remember well, but I think
24   discrimination probably.
25        Q     Based on your gender?
```

Deposition Of Samar Azawi, M.D.

```
 1      A      Could be. I don't remember. I don't want to
 2   say something that's wrong.
 3      Q      Looking at the forms, it says it's on the basis
 4   of gender and national origin.  What is your national
 5   origin?
 6      A      Middle East, Iraq.  I was born in Iraq.
 7      Q      And who did you believe discriminated against
 8   you when you brought that claim?
 9      A      I think Dr. Szabo.
10      Q      Anyone else?
11      A      I don't recall.
12      Q      Once you were returned back to your position,
13   did you feel like you were treated well or did you have
14   more problems after that?
15      A      I had -- I had more problems.
16      Q      When did those problems begin?
17      A      Like always short of staffing, not giving
18   enough staffing, and my performance rating went down
19   after the -- after the EEO and also -- what else?  And my
20   pay wasn't fair.  My market value was less than the other
21   physician, which is -- I work with him very well.  He's
22   very nice person.  But I was board certified and he
23   wasn't.  I was a chief; he wasn't.  I was long time at
24   the VA; he came recently.  And I did a lot of research.
25   So I didn't feel like my market value should be less than
```

Deposition Of Samar Azawi, M.D.

1   damages numbers, since you weren't able to give them to
    Deposition Of Samar Azawi, M.D.
2   me today just from memory, separately.  And we're going

3   to leave the deposition open for the last, I think,

4   probably couple of hours that we might have left should

5   we need to finish up with any additional questions.  But

6   right now, I don't have any more for today.

7            I'm going to propose that we relieve the court

8   reporter of her duties by having her send the original

9   transcript of the deposition directly to you at your

10  home, and you'll have 30 days.

11           Is that enough time for you to review the

12  transcript once you receive it?

13           THE WITNESS:  Yes.

14           MS. MEDRANO:  So you'll have 30 days to review

15  the transcript and then sign it under penalty of perjury

16  and notify me of any changes that you feel you want to

17  make to the transcript and then send the original back to

18  me at my office.  I'll ask the court reporter to send --

19  can you send an envelope with my address?

20           THE REPORTER:  Yes.

21           THE WITNESS:  What do you mean by under

22  perjury?  There's like a --

23           MS. MEDRANO:  There's a certificate page at the

24  end of the transcript --

25           THE WITNESS:  Okay.
    California Deposition Reporters, Inc.
    www.caldepo.com

Deposition Of Samar Azawi, M.D.

1    his market value.  Deposition Of Samar Azawi, M.D.

2            I don't -- I don't know what is his market

3    value, like I never seen anything, but I -- like our --

4    my total salary should have been more than his.

5        Q    Okay.  Then do you remember filing another EEO

6    complaint after that in 2012?

7        A    Yes.  About the pay.

8        Q    Okay.

9        A    I -- I asked -- I try to, you know, tell them

10   many times.  I mean, I talked to, I think, Szabo or

11   the -- to the chief of staff and ask them for correction

12   of my, you know, salary.  And Dr. Tehranzadeh, I think,

13   was my -- he recommended for me to increase my salary,

14   and they did not.

15       Q    Who's "they"?

16       A    Administration, Szabo, maybe Ge was at that

17   time.  I can't remember.  But they did not -- they -- in

18   spite, he was my supervisor recommended to increase my

19   salary, they wouldn't.

20       Q    So I'm looking at the second EEO case, and

21   for -- I know you haven't looked at documents, but for

22   purposes of identifying it later, it has the Case

23   No. 200P, like Paul, dash 0600-2012103303.

24            So that indicates the case is filed in 2012;

25   correct?    California Deposition Reporters, Inc.
                        www.caldepo.com

Deposition Of Samar Azawi, M.D.

```
 1           MS. MEDRANO:  -- that says that you've read it
                    Deposition Of Samar Azawi, M.D.
 2    and you attest that everything in there is true under

 3    penalty of perjury, just like -- much like you did before

 4    when you swore your oath.

 5           THE WITNESS:  Okay.

 6           MS. MEDRANO:  It's just signing off that you've

 7    reviewed it and that it's correct.

 8           If you need to make changes, do you send an

 9    errata sheet?

10           THE REPORTER:  Yes.

11           MS. MEDRANO:  There will be an errata sheet in

12    there that will give you a chance to say that on page 4,

13    for example, at line 12 --

14           THE WITNESS:  Yeah.  I've done those before.

15           MS. MEDRANO:  And once you're all done with

16    that, you'll send it back to me.  I will hold the

17    original, and should we need it for trial or for any

18    motion purposes, I will produce it to the Court for

19    review.

20           As we discussed, we'll talk about whether we

21    need to protect any private information in that

22    transcript.  And if the original transcript is the lost,

23    stolen, destroyed, or for some reason, it never makes it

24    back to me, we'll stipulate that we can use the certified

25    copy, which will come to me for all purposes.  Okay?
                  California Deposition Reporters, Inc.
                       www.caldepo.com
```



# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** | 22-56157

**Case Name** | Samar Azawi V Dennis Mcdonough Secretary of Veterans Affairs

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the | Opening brief
and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** | *[signature]* | **Date** | 10/31/23

| Name | Address | Date Served |
|------|---------|-------------|
| Court Clerk | James browning courthouse | 10/31/23 |
| | 95 7 th street San Francisco,ca 94103 | |
| | | |
| | | |

***Mail this form to the court at:***
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 25** | *Rev. 12/01/2018*